IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT F. RODGERS, #181608, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 1:02-cv-1215-F |
| ) | |
| GRANTT CULLIVER, *et al.*, ) | |
| ) | |
| Respondents. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The petitioner's Statement of Objection to the Magistrate Judge Report and Recommendation (Doc. #46) filed on April 29, 2005 is overruled;

(2) The Recommendation of the United States Magistrate Judge entered on April 14, 2005 (Doc. #45) is adopted;

(3) The claims presented in the original petition for habeas corpus relief are DENIED.

(4) The claims presented in the amended petition for habeas corpus relief are DENIED and DISMISSED as time-barred.

(5) This case is DISMISSED with prejudice.

DONE this 1st day of June, 2005.

                                                     /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE